IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN DWIGHT MADDEN, # 233324, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:20-cv-837-ECM |
| ) | |
| COLBERT COUNTY SHERIFF'S ) | |
| DEP'T., *et al.*, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On October 19, 2020, the Magistrate Judge entered a Recommendation (doc. 3) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 1406(a).

Done this 18th day of December, 2020.

　　　　　　　　　　　　　　　　/s/ Emily C. Marks
　　　　　　　　　　　　　　　EMILY C. MARKS
　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE